**Motion Granted; Order filed July 26, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00388-CV

_____

**EXCELA ENERGY, LLC AND OILTECH SOLUTIONS, LLC, Appellants**

**V.**

**EXALT REAL ESTATE GROUP, LLC, Appellee**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-57965**

## ORDER

This is an appeal from a judgment signed April 11, 2016. On July 6, 2016, Oiltech Solutions, LLC filed a motion to withdraw its notice of appeal. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

Appellant Oiltech Solutions, LLC is ordered **DISMISSED** from the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.